UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-21510-CIV-SMITH

LYNDA ONYENEHO,

       Plaintiff,
v.

J.A.W. ENTERTAINMENT, INC., *et al.*,

       Defendants.
_____/

### NOTICE OF COURT PRACTICE IN FAIR LABOR STANDARDS ACT CASES AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND FAIRNESS HEARING

THIS MATTER is before the Court upon a *sua sponte* review of the record.  This is a Fair Labor Standards Act ("FLSA") case.  To assist the Court in the management of this case, and in an effort to foster its early and cost-effective resolution, it is

**ORDERED** that:

1.    Plaintiff shall file with the Court a "Statement of Claim" (or "Statement") setting forth the amount of alleged unpaid wages, the specific calculation of such wages, and the nature of the wages (*e.g.*, overtime or regular pay) **within 14 days of the date of this order**.  Plaintiff shall promptly serve a copy of this Notice of Court Practice, the Statement, and copies of all documents supporting Plaintiff's claims (*e.g.*, time sheets, pay stubs and the like) on Defendant's counsel when counsel first appears in the case or at the time of filing of Plaintiff's Statement if Defendant's counsel has already appeared.

2.    Defendant shall file with the Court a "Response to Plaintiff's Statement of Claim" (or "Response") setting forth in detail its defenses to Plaintiff's claim(s) and serve Plaintiff with copies of all documents in support thereof, **within 14 days after being served with Plaintiff's Statement**.

3.    **Referral to Magistrate for Settlement Conference and Fairness Hearing**.

    (A)    Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, the parties shall conduct a Settlement Conference before Magistrate Judge Hunt **within 60 days after the date**

**that Defendant's Response is due.** Plaintiff's counsel must confer with defense counsel and contact the Magistrate Judge's Chambers **on or before the date that Defendant's Response is due** to schedule a date for the Settlement Conference. The Magistrate Judge will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference.

(B)  In all FLSA cases, if the case is resolved by way of settlement, judicial review and approval of the settlement is necessary to give the settlement final and binding effect. *See Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, this matter is referred to United States Magistrate Judge Hunt to determine whether any settlement in this matter is "a fair and reasonable resolution of a bona fide dispute." *Id*.

4. Except as provided under Local Rule 16.2(e) for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory. Appearance shall be in person; telephonic appearance is prohibited. If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

5. All discussions, representations and statements made at the settlement conference shall be confidential and privileged.

6. **Settlement**. If this case is settled, counsel must inform the Court within two (2) days by calling Chambers or by filing a Notice of Settlement in the Court record.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of April, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE