# Law Office Of Lowell J. Kuvin, LLC

March 12, 2024

J.A.W. Entertainment, Inc.
c/o Anthony J. Perez, Esq. as RA
Garcia-Menocal & Perez P.L.
4937 SW 74th Court, Suite 3
Miami, FL 33155

Joseph Long
2485 West 6th Lane
Hialeah, FL 33010

      Re:    Pending Litigation: **LYNDA ONYENEHO v. J.A.W. ENTERTAINMENT, INC. & JOSEPH LONG**

**Pre-suit Demand Letter Pursuant to 448.110 Fla. Stat.**

Dear Sir/Madam,

The Law Office of Lowell J. Kuvin represents Ms. Lynda Onyeneho in connection with her claims for, *inter alia*, unpaid wages and misappropriated tips arising out of her employment by J.A.W. Entertainment, Inc. & Joseph Long (the "Employers" or "Club Climaxxx"). Please correspond with the undersigned and refrain from contacting Ms. Onyeneho regarding these matters.

### I.    Calculation of unpaid wages for Lynda Onyeneho:

Ms. Onyeneho was employed by Club Climaxxx as a dancer from approximately February 13, 2020, to July 31, 2023, for a relevant period of approximately 180 weeks and on average worked 80 hours a week. Pursuant to Florida law, Joseph Long is also considered Ms. Onyeneho's employer pursuant to Florida law.

Ms. Onyeneho is entitled to the full minimum wage for the hours she worked for every week she worked for Defendants. Under Florida law, Ms. Onyeneho is also entitled to the return of the tips she was required to share/kick back to the Defendants and Defendants' employees/independent contractors.

The estimates below are based on Ms. Onyeneho's knowledge. When she worked at Club Climaxxx she was not paid any wages and never received a paycheck or an accounting of the number of hours she worked each week or the amount of her tips she was required to kick back.

Ms. Onyeneho recalls working five days a week, two shifts per day, or 10 shifts each week. Ms. Onyeneho estimates she worked approximately 80 hours each week.

### a. Minimum Wages Unpaid

|  | Hrs. Week | # Weeks | Fla. Minimum Wage | Amount Owed |
|---|---|---|---|---|
| Feb 13, 2020 to Dec 31, 2020 | 80 | 46 | 8.56 | $32,870.40 |
| Jan 1, 2021 to Sep 29, 2021 | 80 | 38.7 | 8.65 | $26,780.40 |
| Sep 30, 2021 to Dec 31, 2021 | 80 | 13.3 | 10 | $10640.00 |
| Jan 1, 2022 to Sep 29, 2022 | 80 | 38.7 | 10 | $30960.00 |
| Sep 30, 2022 to Dec 31, 2022 | 80 | 13.3 | 11 | $11,704.00 |
| Jan 1, 2023 to July 31, 2023 | 80 | 30 | 11 | $26,400.00 |
| Total Owed Minimum Wage |  |  |  | **$139,354.80** |

### II.   Recovery of Misappropriated Tips

According to Florida law, tips are the property of the person who earns them. Defendants can only require Plaintiff to share their tips with other employees who normally and customarily earn tips, via a bonified tip share or tip pool.

Defendants required Ms. Onyeneho to share/kickback a portion of her tips to Defendants for such as the House Mom ($10/shift or $20/day), the DJ ($1000/wk.), Security persons ($50/wk.), use of the VIP Room ($55/wk.) and the fees charged by Club Climaxxx directly ($25/day shift - $40/Roller over or $65/day).

| TIPS PAID | Amount | Per Day | Per Week | # Weeks | Total |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| House Mom | 10/Shift | 20 | 200 | 180 | $36,000 |
| DJ | 175 | 175 | 1000 | 180 | $180,000 |
| Money Men |  |  | 200 | 180 | $36,000 |

| Security     |    |     | 50  | 180 | $9,000    |
| VIP Room     |    |     | 55  | 180 | $9,900    |
| Day Fee      |    | 25  | 125 | 180 | $22,500   |
| Rollover Fee |    | 40  | 200 | 180 | $36,000   |
|              |    |     |     |     |           |
| Total        |    |     |     |     | $329,000  |

This letter shall constitute our notice pursuant to the Florida Minimum Wage Amendment, Article X, Section 24 (the "Amendment") and Florida Statutes, § 448.110(6), of an intent to initiate an action for unpaid wages against all the addressees herein. You may satisfy the unpaid minimum wage claim set forth in this paragraph by forwarding a check in the amount of **$468,754.80** made payable to "Law Office of Lowell J. Kuvin, LLC Trust Account" within fifteen (15) days after receipt of this notice.

If we are required to file suit, we will be seeking judgment for, *inter alia*, unpaid wages, misappropriated tips, and liquidated damages, pre-judgment interest, attorneys' fees and costs. We look forward to receiving your response within the next fifteen (15) days.

In addition, please note that Ms. Onyeneho demands that you preserve all documents, tangible things, and electronically stored information (ESI) potentially relevant to the issues raised herein. You have been under an obligation to preserve ESI from the time you could have reasonably anticipated being sued and, therefore, this letter simply serves as a reminder of that obligation.

Sincerely,

*/s/ Lowell J. Kuvin*

Lowell J. Kuvin, Esq.