UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami)
Case No: 1:24cv21510

LYNDA ONYENEHO,

       Plaintiff,

v.

J.A.W. ENTERTAINMENT, INC.
a Florida for profit corporation,
d/b/a Club Climaxxx
and JOSEPH LONG, individually,

       Defendants.
_____

## PLAINTIFF'S FIRST REQUEST FOR RULE 34 SITE INSPECTION
## TO DEFENDANT J.A.W. ENTERTAINMENT, INC.

Plaintiff LYNDA ONYENEHO ("Plaintiff"), pursuant to Rule 34, Federal Rules Civil Procedure, requests Defendant J.A.W. ENTERTAINMENT, INC. ("Defendant" or "you" or "Climaxxx") to make available for inspection the building (the "Club") located at **12001 NW 27th Ave, Miami, Florida 33167 at ____ a.m. on March ___, 2025.** Plaintiff will require no more than 90 minutes to inspect the areas listed below that are contained within the Club. Plaintiff will take photographs of the interior of the Club to be used for Plaintiff's dipositive motion(s) and for use at trial.

1. The "Office" where dancers are required to check in.

2. The dressing room which the dancers use.

3. The bar area and behind the bar area.

4. The kitchen that is located on site.

5. The DJ booth/area.

1

6. The area where guests frequent including the various "rooms" such as the "Sky Box," the "Hookah bar," and the "VIP Room."

Respectfully submitted on February 24, 2025.

By: **s/Lowell J. Kuvin**
Lowell J. Kuvin, Esq.
Florida Bar No. 53072
lowell@kuvin.law
legal@kuvin.law
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2025, I served the foregoing document to counsel of record by electronic mail.

By: **s/Lowell J. Kuvin**
Lowell J. Kuvin, Esq.
Florida Bar No. 53072

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808